UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRODERICK WARFIELD,

Plaintiff,

v.

AX9 SECURITY SERVICES,

Defendant.

No. 2:26-cv-02160-DJC-SCR

ORDER

Plaintiff is proceeding pro se in this action, and accordingly the matter was referred to the undersigned pursuant to Local Rule 302(c)(21). On September 3, 2026, the Court issued Findings and Recommendations ("F&R") (ECF No. 13) recommending that this action be dismissed. The Court recommended dismissal because Plaintiff had failed to file a renewed motion to proceed in forma pauperis ("IFP") or pay the filing fee, and failed to comply with the Court's orders. After the F&R was issued, Plaintiff filed timely objections, a financial statement, a renewed motion to proceed IFP, and an amended complaint. ECF Nos. 14-17.

Although the renewed motion to proceed IFP and amended complaint were not timely filed pursuant to the Court's prior orders, the Court has considered them. The Court finds that Plaintiff's recent submissions demonstrate that he should be allowed to proceed IFP. Accordingly, the Court will vacate the F&R, grant Plaintiff leave to proceed IFP, and will issue a

subsequent order screening the First Amended Complaint ("FAC") (ECF No. 17) pursuant to 28 U.S.C. § 1915.

Plaintiff is cautioned that further failure to comply with Court orders or to meet deadlines may result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff has also recently filed a motion to seal (ECF No. 19). Plaintiff seeks to seal a document that he filed at ECF No. 18, because it "may contain employer identifiers, employer tracking information, group numbers … and other non-public information." Plaintiff appears to suggest that he failed to properly redact the document, and seeks to be granted leave to submit a redacted version, although the proposed redacted version is not attached. The Court will grant the motion to seal. Plaintiff has previously filed several motions to seal in this matter and has been cautioned that such prior filings were unnecessary and that he must comply with Local Rule 141 in filing any such motion. *See* ECF No. 10 at 2-3 & 8. The Court will grant this request, and Plaintiff need not submit a redacted version. However, Plaintiff shall refrain from submitting any other exhibits or motions to seal until after the Court has issued an order screening the FAC.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations entered on September 3, 2026 (ECF No. 13) are VACATED.
2. Plaintiff's renewed motion to proceed IFP (ECF No. 17) is GRANTED.
3. Plaintiff's motion to seal (ECF No. 19) is GRANTED. The Clerk is directed to SEAL the docket entry at ECF No. 18.
4. The Court will screen the First Amended Complaint pursuant to 28 U.S.C. § 1915(e) and issue a screening order in due course.

////

////

////

////

////

5. Plaintiff is cautioned that future failure to comply with orders of the Court, including deadlines set therein, may result in the imposition of sanctions, including a recommendation that the action be dismissed. *See* Fed. R. Civ. P. 41(b); LR 110.

DATED: October 13, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE